# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Marvin H. Johnson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00276-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth Lassiter, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2019.

July 1, 2019

*[signature]*

Frank G. Johns, Clerk
United States District Court